# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20-03046-09-CR-S-BP |
| ) | |
| ROBERT D. HUDDLESTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Defendant's Motion for Furlough to Attend Father's Funeral. (Doc. 221.) Defendant requests a furlough from custody to attend his father's funeral in Ozark, Missouri. The record shows that in ordering Defendant's detention without bail, the undersigned previously found by clear and convincing evidence that Defendant poses a danger to the community and by a preponderance of evidence that he presents a flight risk. (Doc. 65.) Therefore, upon review, the Motion for Furlough is **DENIED**.

    IT IS SO ORDERED.

                                                    /s/ *David P. Rush*
                                                    DAVID P. RUSH
                                                    UNITED STATES MAGISTRATE JUDGE

DATE: February 25, 2021