IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 20-03046-09-CR-S-BP |
| ROBERT D. HUDDLESTON, | ) | |
| Defendant. | ) | |

## ORDER

Defendant has personally filed a Motion "to reconsider bond" in this case. (Doc. 219.) Per the Scheduling and Trial Order entered on June 16, 2020, pro se filings will not be accepted from defendants who are represented by counsel. (Doc. 58 ¶ VI(A).) Here, Defendant has an attorney, making his requests improper. *See United States v. Hunter*, 770 F.3d 740, 746 (8th Cir. 2014). Furthermore, on March 1, 2021, the Court already denied a motion for reconsideration of bond filed by Defendant's counsel (doc. 222). Accordingly, the pro se Motion to reconsider bond is **DENIED**. Any request of the Court must be made by and through Defendant's attorney. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

IT IS SO ORDERED.

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: March 2, 2021